UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
235 Pine Street
San Francisco, CA 94104
Mailing Address:
P.O. Box 7341
San Francisco, CA 94120-7341

**FILED**

JUL 3 0 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

E-filing

AUG 2

RICHARD
CLERK, U.S. D
RN DIST

RECEIVED
Harold S. Marenus, Clerk
U.S. BKCY.APP.PANEL
OF THE NINTH CIRCUIT

AUG 0 4 2008

**TRANSMITTAL FORM**

FILED _____

DOCKETED 8/5/08   FB
DATE        INITIAL

TO:    Bankruptcy Appellate Panel of the Ninth Circuit, 125 S. Grand Avenue, Pasadena, CA, 91105

BAP#NC-08-1195

CASE NAME:

BANKRUPTCY NO.:

ADVERSARY PROCEEDING:        Miles  v. Makishima et al

ADVERSARY NO.:               08-3037

BANKRUPTCY JUDGE:            Thomas E. Carlson

DATE NOTICE OF APPEAL FILED: 7/29/08

DATE OF ENTRY OF ISSUE:      7/16/08

DATE BANKRUPTCY FILED:

NOTICE OF OBJECTION FILED:   7/23/08

DATE OF TRANSMITTAL:         7/30/08

PLEASE STAMP YOUR CASE NUMBER on a copy of this transmittal form and return the copy to the
bankruptcy court.

**ANNA CHO-WONG**

_____
Deputy Clerk    Anna Cho-Wong

**FILED**

AUG 2 7 3

# U.S. Bankruptcy Appellate Panel
## of the Ninth Circuit

RICHARD W. FIKING
CLERK, U.S. D
SUERN DIS

E-filing

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

C 08 4091

JSW

**In Re:** ROYCE LEE MAKISHIMA; TERRA ANN MAKISHIMA

**BAP No.:** NC-08-1195

**Bk. Ct. No.:** 07-27982

**ADV. NO.:** 08-03037

## NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to District Court San Francisco, CA.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Harold S. Marenus, BAP Clerk

By: Freddie Brown, Deputy Clerk
Date: August 20, 2008

Please acknowledge receipt of
the case file listed above.
Dated:_____

Signed:_____
        District Court Deputy

Assigned District Court No.

_____

cc: Bankruptcy Court
    All Parties

# U.S. Bankruptcy Appellate Panel
## of the Ninth Circuit

**E-filing**  125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

**FILED**

AUG 0 8 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**RECEIVED**
Harold S. Marenus, Clerk
U. S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

To: Clerk, Bankruptcy Court

**C 08    4091    JSW**

AUG 1 4 2008

Debtor(s): Royce Lee Makishima & Terra Ann Makishima

**FILED**

**DOCKETED** 8/14/08    FB
DATE    INITIAL

BAP No.: NC-08-1195
Bk. Ct. No.: 07-27982          ADV. NO.: 08-03037

The Bankruptcy Appellate Panel has received and docketed the notice of appeal referenced in the attached transmittal. The BAP case number is indicated above for your information.

If completion of the record has been delayed, please advise us as to the cause of the delay by completing the following checklist and sending a copy of this letter back to us:

## IF THE RECORD ON APPEAL IS COMPLETE, PLEASE SEND THE CERTIFICATE OF READINESS

Harold S. Marenus, BAP Clerk

By: Freddie Brown, Deputy Clerk
Date: August 5, 2008

**A) REASONS WHY THE RECORD HAS NOT BEEN COMPLETED. THE FOLLOWING ITEMS HAVE NOT BEEN FILED:**

[ ]  No Filing Fees paid
[ ]  No Designation of Record
[✓]  No Statement of Issues
[✓]  No Notice Regarding the Transcript
[ ]  No Reporter's Transcript(s)

Reporter name:_____
phone:_____
Judge:_____
Transcript date(s):_____

[ ]  No Transcript Fees paid
[ ]  Extension of Time Granted to Reporter:
New deadline:_____
[ ]  Other:_____

**B) DEPUTY CLERK PROCESSING THIS APPEAL**

1. Name: _____
2. Phone: 268-2388
3. Date: 8/12/08

7

**FILED**

JUL 3 0 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA          C 08          4091

| In re | |
|-------|---|
| Grace Miles | Adversary no 08-3037 TC |
| Plaintiff(s) | |
| v. | |
| Royce Makishima, A.G. Edwards & Sons, Inc. and Terra Ann Makishima | |
| Defendant(s)/ | |

**NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLATE PANEL**
TO ALL PARTIES:

YOU AND EACH OF YOU are hereby notified that the enclosed notice of appeal has been filed by **Grace Miles,** appellant with the Clerk of the Bankruptcy Court. By virtue of the orders of the Judicial

Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to

the United States Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: July 30, 2008                      Gloria L. Franklin, Clerk
                                          Unites States Bankruptcy Court


                                          **ANNA CHO-WONG**
                                    By: _____
                                          Deputy Clerk, Anna Cho-Wong

**FILED**

JUL 2 9 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA (?)

1  GRACE MILES
2  21 Willow Rd.-22
   Menlo Park, CA  94025
3  650.329.8785

4

5

6          UNITED STATES BANKRUPTCY COURT
                 Northern District of California
7

8  In re
9  ROYCE LEE MAKISHIMA and                    Case No. 08-03037
   TERRA ANN MAKISHIMA,
10          Debtors,

11  GRACE MILES,                               **NOTICE OF APPEAL**
           Plaintiff,
12  v.

13  ROYCE LEE MAKISHIMA, et al.,
                 Defendant(s).
14

15

16        Plaintiff Grace Miles ("Miles") files this "notice of appeal", not certain if she

17  needs to, considering her other related filings,  especially her "motion for leave to file

18  a motion for reconsideration", but does so to protect herself/her case.  This notice of

19  appeal is for this Court's "order (1) granting defendants' motion to remand and (2)

20  vacating hearings" ("the Order"),  Miles apologizes If she did not need to do this, she

21  does not know If this Is a final or Interlocutory order,  or If It Is premature, and

22
    realizes that If she succeeds on her motion for leave to file a motion for
23
24  reconsideration and hopeful subsequent granting of this and a different outcome, this

25  was unnecessary.

26        Miles, most involuntarily Pro Se, does not fully understand the bankruptcy laws

27

28
                                                                        1

1  and rules, despite diligent efforts to do so, and requests that this filing be construed

2  with leniency. "Courts do and should show a leniency to Pro Se litigants not enjoyed

3  by those with the benefit of a legal education." [GJR Investments, Inc. v. County of

4  Escambia, Fla (11th Cir. 1998) 132 F3d 1359, 1369]. This is why Miles requested a

5
   stay to secure counsel.  Miles files this notice of appeal, she believes, under 28 USC
6
   158(a) -(d)  from the  Order signed and filed by the Honorable Thomas E. Carlson on
7
8  July 16, 2008, and entered on July 17, 2008.  Miles request that her appeal, If

9  necessary be a direct appeal to the Ninth Circuit. The names, addresses, and phone

10  numbers of the currently named parties and their attorneys  to the Order appealed from

11  are as follows: Royce Lee Makishima, Terra Ann Makishima, A. G. Edwards & Sons,

12  Inc., and Does 1-200, all in care of their attorney, Ms. Lindsey Schroeder, Morgan

13  Lewis, 3000 El Camino Real, Suite 700, Palo Alto, CA  94306, 650.843.4000.

14

15

16                           Respectfully submitted,

17

18

19  July 28, 2008

20                           Grace Miles
                             Pro Se
21

22

23

24

25

26

27

28

                                                              2



Entered on Docket
July 17, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: July 16, 2008

UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy
of the original document on file in my custody.
Dated _7 - 20 - 08_
by _____
Deputy Clerk

THOMAS E. CARLSON
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re                                    ) Case No. 07-27982 A7
                                         )
ROYCE LEE MAKISHIMA and                  ) Chapter 7
TERRA ANN MAKISHIMA,                     )
                                         ) (Pending in the United
                                         ) States Bankruptcy Court for
                    Debtors.             ) the Eastern District of
_____          ) California)
                                         )
GRACE MILES,                             )
                                         )
                    Plaintiff,           )
                                         )
    vs.                                  ) Adv. Proc. No. 08-3037 TC
                                         )
ROYCE LEE MAKISHIMA; A.G. EDWARDS &      )
SONS, INC.; TERRA ANN MAKISHIMA,         )
                                         )
                    Defendants.          )
_____          )

### ORDER (1) GRANTING DEFENDANTS' MOTION TO REMAND
### AND (2) VACATING HEARINGS

Upon due consideration, and for the reasons stated in the
accompanying memorandum, the court hereby orders as follows:

(1) Defendants' motion to remand is granted.

(2) The court determines that oral argument would not be
helpful and therefore vacates the hearing set for July 18, 2008 on
the motion to remand.

-1-

1    (3) Because this court remands the entire action to state
2  court and will not exercise jurisdiction over the action hereafter,
3  (a) the status conference set for July 24, 2008 is vacated; and
4  (b) the hearing set for August 29, 2008 on Plaintiff's motion to
5  disqualify Morgan Lewis is vacated.

6    (4) The parties to this proceeding may not file a motion for
7  reconsideration without first obtaining leave of the above-signed.
8  Bankr. Local Rule 1001-2(b); Local Civ. Rule 7-9.

9                  **\*\*END OF ORDER\*\***

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

1              **Court Service List**

2   Grace Miles
    21 Willow Road, Suite 22
3   Menlo Park, CA 94025

4   Lindsey K. Schroeder, Esq.
    Morgan, Lewis and Bockius
5   3000 El Camino Real, Suite 700
    Palo Alto, CA 94306

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

RECEIVED

FILED



**FILED**

JUL 2 9 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  GRACE MILES                        AUG 0 4 2008
2  21 Willow Rd.-22
   Menlo Park, CA 94025          FILED_____
3  650.329.8785, fax same, pls call 1st DOCKETED 8/5/08   FB
   IN PRO PER                          DATE      INITIAL
4                          E-filing

5

6                    UNITED STATES BANKRUPTCY COURT
                        Northern District of California
7                                                C 08  4091
8  In re                                                      JSW
   ROYCE LEE MAKISHIMA and              Case No. 08-03037
9  TERRA ANN MAKISHIMA,
         Debtors,
10 _____
   GRACE MILES,                        **MOTION FOR LEAVE TO
11         Plaintiff,                  FILE A MOTION FOR
                                       RECONSIDERATION +**
12     v.                              PROPOSED ORDER
13 ROYCE LEE MAKISHIMA, et al.,
         Defendant(s).                 **Hon. Thomas E. Carlson**
14 _____

15

16      Plaintiff Grace Miles ("Miles"), files this motion for leave to file a motion for

17 reconsideration since it was suggested/permitted in this Court's "order (1) granting

18 defendants' motion to remand and (2) vacating hearings" ("the Order"), which was

19 signed and filed on July 16, 2008, and to protect herself/her case.  However, Miles

20 position is still first and foremost that this Court did not have jurisdiction at the time the

21 order was issued due to her July 8, 2008, filing of "motion to withdraw reference".

22 Miles filed on July 23, 2008 an "objection to order and request to vacate/reverse"

23 regarding this same order, and still respectfully requests this,  but files this motion for

24 leave in case her "objection to order and request to vacate/reverse" is denied.

25

26      Miles also respectfully requests, in the interests of justice, that this motion for leave

27

28                                                                    1

2

be construed with leniency as Miles is most involuntarily Pro Se, and does not fully

understand these bankruptcy laws, including consent and non-consent, and that her action

she now sees may and can be both, core and non-core. This is why Miles requested a

stay to secure counsel, especially since she requested a jury trial. Miles case is of the

greatest public importance, having to do with Human Rights abuses and Gender

Violence, and she perseveres, not only for herself, but for all others in a similar situation

who are unable to. "Courts do and should show a leniency to Pro Se litigants not

enjoyed by those with the benefit of a legal education." [GJR Investments, Inc. v.

County of Escambia, Fla. (11th Cir. 1998) 132 F3d 1359, 1369].

Miles requests leave to file a motion for reconsideration and her request is based on

this motion and any other information Miles has presented/filed in this Court..

Miles was not permitted to present all the facts and/or law before the Order was

issued, either via a complete written opposition or via oral argument, since this Court

vacated the hearing on the motion for remand. There is a big difference in what was

preliminarily presented by Miles and what could and should have been presented, had she

been permitted to do so. Miles was not able to because her ex-parte and emergency

efforts to obtain a stay, a continuance, a restraining/injunction order were not granted.

Miles filed on July 3, 2008, an ex-parte motion to stay pending appeals, etc. In this

motion, Miles requested immediate relief for a stay pending her appeals, giving her

appeals case numbers and jurisdiction, and until she secured an attorney (Miles filed on

May 29, 2008, a Request for Stay of Proceedings, to secure counsel). Miles showed

good cause, especially due to her ill health and immediate irreparable injury without a

stay. Then, Miles, not wanting to be penalized for not filing on a due date, and not

2

certain if she should or needed to due to her filed requests for immediate stay relief, and for disqualification of attorney Morgan Lewis, filed an incomplete, preliminary opposition to defendants' motion to remand, on July 8, 2008, stating that she reserved the right to correct and/or amend the filing.

On July 9, 2008, Judge Montali, in Judge Carlson's absence, denied Miles request for a stay, citing that there was no proof of service on defendants and that there was nothing to stay, and that if Miles wished to continue the July 18, 2008, hearing on motion to remand, that she could file a motion for continuance. Miles then filed an "emergency motion for stay pending appeals, etc., affidavit, & proposed order, on July 10 2008, stating that she had relied on FRCivP. 5(a)(D), in her motion for stay, which does not require service of an ex-parte written motion, and that there was also a status conference on calendar for July 24, 2008, and also a request to disqualify attorney Morgan Lewis. Also, taking Judge Montali's instruction, Miles filed a "motion for continuance, request for shortening of time & declaration & proposed order on July 11, 2008. Miles also filed a "corrected emergency motion for stay pending appeals, etc., affidavit, & proposed order on July 11, 2008. Finally, on July 16, 2008, Miles filed an "emergency request/motion/complaint for restraining and/or injunction order, declaration, proposed order. Also, this Court vacated the hearing on motion to remand, preventing Miles from presenting oral argument.

Because of the above and the fact that Miles showed good cause and urgency to prevent irreparable injury, Miles was unable to present the most important facts and law before the Order was entered, especially since she is better able to present via oral argument. Furthermore, since Miles is most involuntarily Pro Se, she did not know all

3

1    the facts and law, despite her diligent efforts to obtain them, to present to the Court prior

2    to the Order.   Despite Miles diligent efforts to learn the laws, etc. of this Court, it takes

3    her a while to understand and find.  There also exists the emergency of new material facts

4    and law which Miles is able to present.

5        For all the reasons stated, and in any other filings of Miles, Miles respectfully

6    requests that this Honorable Thomas E. Carlson, grant Miles leave to file a motion for

7    reconsideration so that she may present her case.  Miles requests that she have twenty

8    days after decision of her appeal, currently in U.S. District Court, Sacramento Division,

9    case no. 2:08-cv-01062, **(Exhibit A** is recent Order relating to this appeal) to file this

10   motion for reconsideration.  This appeal is from the related adversary proceeding in the

11   Eastern Division of U.S. Bankruptcy Court, which Miles notified this Court of in her

12   "notice of related adversary proceeding" filed July 3, 2008.  Miles appreciates the

13

14   Court's patience.

15

16

17                                 Respectfully Submitted,

18

19   July 28, 2008                 _Grace Miles_____

20                                 Grace Miles
                                   Pro Se
21

22   I declare under penalty of perjury that the foregoing facts are true and correct.  Executed

23   on July 28, 2008, at Menlo Park, California.

24

25                                 _Grace Miles_____

26                                 Grace Miles

27

28

                                                           4

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re

ROYCE LEE MAKISHIMA and TERRA
ANN MAKISHIMA,

         Debtors.

Case No. 07-27982-A-7

GRACE MILES,

      Plaintiff,

vs.

ROYCE LEE MAKISHIMA and TERRA
ANN MAKISHIMA,

      Defendants.

Adv. No. 08-2006

Docket Control No. None

**ORDER**

For the reasons stated in the accompanying Memorandum, the ex parte motion of plaintiff Grace Miles for a temporary restraining order is ORDERED DENIED.  However, the parties are ORDERED to appear on August 11, 2008 at 9:00 a.m. in courtroom 28, U.S. Courthouse, 501 I Street, Sacramento, California to show cause why the court should not issue a preliminary injunction. Opposition to the issuance of a preliminary injunction, if any, shall be filed and served no later than August 5.

1    RICHARD W. ESTERKIN (70769)
     resterkin@morganlewis.com
2    ASA S. HAMI (210728)
     ahami@morganlewis.com
3    MORGAN, LEWIS & BOCKIUS LLP
     300 South Grand Avenue
4    Twenty-Second Floor
     Los Angeles, CA 90071-3132
5    Tel:  213-612-2500
     Fax:  213-612-2501
6
     DARYL S. LANDY (136288)
7    dlandy@morganlewis.com
     LINDSEY K. SCHROEDER (245425)
8    lschroeder@morganlewis.com
     MORGAN, LEWIS & BOCKIUS LLP
9    2 Palo Alto Square
     3000 El Camino Real, Suite 700
10   Palo Alto, CA 94306-2212
     Tel:  650-843-4000
11   Fax:  650-843-4001

12   Attorneys for Appellees
     Royce Lee Makishima and Terra Ann Makishima

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16   In re:                                  District Case No. 2:08-CV-01062-JAM

17   ROYCE LEE MAKISHIMA, TERRA              Bankruptcy Case No. 07-27982-A-7
18   ANN MAKISHIMA,
                                             **ORDER DEFERRING BRIEFING ON**
19              Debtor(s).                   **APPEAL**

20                                           Date:  [None Set]
                                             Time:  [None Set]
21                                           Place: Department 6

22   GRACE MILES,
                                             Judge:  Hon. John A. Mendez
23              Appellant,

24        v.

25   ROYCE LEE MAKISHIMA, TERRA
     ANN MAKISHIMA
26

27              Appellee(s).

28

MORGAN, LEWIS &
 BOCKIUS LLP
ATTORNEYS AT LAW
   PALO ALTO

DB2/20766708.1

[PROPOSED] ORDER DEFERRING
BRIEFING ON APPEAL
(CASE NO.: 2:08-CV-01062-JAM)

Case: 08-03037       Doc #: 68       Filed 07/29/2008       Page 6 of 7

1        This Court, having considered the initial *ex parte* motion of appellees Royce Lee

2 Makishima and Terra Ann Makishima (together, "Appellees") for an Order deferring the briefing

3 on the above-captioned appeal (the "Motion"), and good cause appearing therefor, it is hereby

4 **ORDERED** as follows:

5     1.    The Motion is granted.

6     2.    The briefing schedule issued by the Court on July 8, 2008 (Dkt. No. 15) is

7 modified as follows:

8         (a)    Appellant Grace Miles ("Appellant") shall file and serve her opening

9 brief and excerpts of record within 15 days after the date of this Court enters its Order on

10 Appellees' "Motion to Dismiss Appeal for Lack of Jurisdiction" (the "Motion to Dismiss"),

11 whenever that may be, if that Order denies the Motion to Dismiss;

12         (b)    Appellees shall file and serve their opening brief within 15 days after

13 service of Appellant's opening brief; and

14         (c)    Appellant may file and serve a reply brief within 10 days after Appellees'

15 service of their opening brief.

16     3.    Except as specified in paragraph 2 above, the briefing schedule issued by the

17 Court on July 8, 2008 (Dkt. No. 15) shall remain in full force and effect.

18

19

20 DATED: July 18, 2008

21                           */s/ John A. Mendez*

                             HON. JOHN A. MENDEZ

22                            UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20766708.1                      1                [PROPOSED] ORDER DEFERRING
                                                 BRIEFING ON APPEAL
                                  (CASE NO.: 2:08-CV-01062-JAM)

RECEIVED
Harold B. Marenus, Clerk
U. S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

AUG 0 4 2008

FILED 8/4/08

DOCKETED 8/5/08  Fa
DATE        INITIAL

E-filing

FILED

JUL 2 9 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  GRACE MILES
2  21 Willow Rd.-22
   Menlo Park, CA 94025
3  650.329.8785
4
5
6  UNITED STATES BANKRUPTCY COURT
   Northern District of California
7
                              C 08   4091
8
9  In re
   ROYCE LEE MAKISHIMA and            Case No. 08-03037      JSW
   TERRA ANN MAKISHIMA,
10          Debtors,
11 ──────────────────────────
   GRACE MILES,                        REQUEST/MOTION
12          Plaintiff,                 FOR LEAVE TO APPEAL
   v.
13
   ROYCE LEE MAKISHIMA, et al.,
14          Defendant(s).
   ──────────────────────────
15
16      Plaintiff Grace Miles ("Miles") files this concurrently with her "notice of

17 appeal", not certain if she needs to, considering her other related filings, especially her

18 "motion for leave to file a motion for reconsideration", but does so to protect

19 herself/her case. This request/motion would be to appeal this Court's "order (1)

20 granting defendants' motion to remand and (2) vacating hearings" ("the Order"), Miles

21 apologizes If she did not need to do this, she does not know If this Is a final or

22 Interlocutory order.

23

24

25 July 28, 2008                    _____
26                                  Grace Miles
                                    Pro Se
27

28
                                                                        1

3

E-filing                    Aug, 11, 2008

R E C E I V E D
Harold S. Marenus, Clerk
U.S. BKCY APP PANEL
OF THE NINTH CIRCUIT

AUG 1 3 2008

Mr. Freddie Brown
Deputy Clerk, BAP

FILED _____
DOCKETED 8/14/08   FB
                DATE      INITIAL

C 08    4091 JSW

Dear Mr. Brown:

        I received your opening letter.

Thank you. As requested, here is
the signed + entered order being
appealed, since I may not have
attached it to my notice of appeal.

                Sincerely,

                Grace Miles

                Grace Miles
                21 Willow Rd.-22
                Menlo Park, CA 94025

6

July 17, 2008
GLORIA L. Marenus, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

R E C E I V E D
Harold S. Marenus, Clerk
U.S. BKCY.APP.PANEL
OF THE NINTH CIRCUIT

AUG 1 3 2008

FILED _____
DOCKETED _____
  DATE        INITIAL

Signed and Filed: July 16, 2008

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 07-27982 A7 |
| ROYCE LEE MAKISHIMA and TERRA ANN MAKISHIMA, | Chapter 7 |
| Debtors. | (Pending in the United States Bankruptcy Court for the Eastern District of California) |
| GRACE MILES, | |
| Plaintiff, | |
| vs. | Adv. Proc. No. 08-3037 TC |
| ROYCE LEE MAKISHIMA; A.G. EDWARDS & SONS, INC.; TERRA ANN MAKISHIMA, | |
| Defendants. | |

### ORDER (1) GRANTING DEFENDANTS' MOTION TO REMAND AND (2) VACATING HEARINGS

Upon due consideration, and for the reasons stated in the accompanying memorandum, the court hereby orders as follows:

(1) Defendants' motion to remand is granted.

(2) The court determines that oral argument would not be helpful and therefore vacates the hearing set for July 18, 2008 on the motion to remand.

-1-

025269

1    (3) Because this court remands the entire action to state
2  court and will not exercise jurisdiction over the action hereafter,
3  (a) the status conference set for July 24, 2008 is vacated; and
4  (b) the hearing set for August 29, 2008 on Plaintiff's motion to
5  disqualify Morgan Lewis is vacated.

6    (4) The parties to this proceeding may not file a motion for
7  reconsideration without first obtaining leave of the above-signed.
8  Bankr. Local Rule 1001-2(b); Local Civ. Rule 7-9.

9                            **END OF ORDER**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RECEIVED**
Harold S. Marenus, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

AUG 1 4 2008

**FILED**

AUG 1 1 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  GRACE MILES
   21 Willow Rd.-22
2  Menlo Park, CA  94025
3  650.329.8785, fax same, call 1st
   IN PRO PER
4

FILED_____
DOCKETED 8/14/08  FB
E-filing  DATE        INITIAL

5

6            UNITED STATES BANKRUPTCY COURT

7            Northern District of California    C 08  4091
8                                                         **JSW**
9  In re
   ROYCE LEE MAKISHIMA and       Adversary Pro. No. 08-03037
10 TERRA ANN MAKISHIMA,
        Debtors,
11
   GRACE MILES,                   **DESIGNATION OF RECORD**
12      Plaintiff/Appellant,      **& STATEMENT OF ISSUES**
   v.
13
   ROYCE LEE MAKISHIMA, et al.,
14           Defendants/Appellees(s).

15
16         Plaintiff/Appellant  Grace Miles ("Miles") filed a  Notice of Appeal on July 29,
17
   2008 from Judge Carlson's July 17, 2008, Order (1) Granting Defendants' Motion to
18
   Remand and (2) Vacating Hearings.   The Contents of the Record may include  all
19
   filings in this case and some filings from associated cases, state or federal, the order
20
   itself, and all documents that pertains to the issue that Miles would discover after
21
   obtaining counsel on this issue. Miles reserves the right to file a corrected/amended
22
   version of this filing to be more accurate/complete for all parties, since she has not yet
23
   found counsel.. There is no transcript required on this Order, there was no hearing.
24
25
26  August 8, 2008                       _____
27                                        Grace Miles
                                          In Pro Per
28

8

GRACE MILES
21 Willow Rd.-22
Menlo Park, CA 94025
650.329.8785

**FILED**

AUG 1 1 2008

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA



## UNITED STATES BANKRUPTCY COURT
Northern District of California

GRACE MILES,
      Plaintiff/*Appellant*

v.

ROYCE MAKISHIMA, et al.,
      Defendant(s)/*Appelees*

Case No. 08-03037

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am over the age of 18 years and not a party to

the above-entitled action..

On August 8, 2008, I served a copy of: DESIGNATION OF RECORD &

STATEMENT OF ISSUES

by placing a true copy(ies) of said document(s) in a postage paid envelope addressed

to: Lindsey Schroeder, Morgan Lewis, 3000 El Camino Real, Ste.700, Palo Alto, CA

94306

      and depositing said envelope in the U.S. Mail.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

August 8, 2008, at _San Francisco_, California.

_Douglas F Carlson_
print name

_signature_



1   RICHARD W. ESTERKIN (70769)
    resterkin@morganlewis.com
2   ASA S. HAMI (210728)
    ahami@morganlewis.com
3   MORGAN, LEWIS & BOCKIUS LLP
    300 South Grand Avenue
4   Twenty-Second Floor
    Los Angeles, CA 90071-3132
5   Tel:  213-612-2500
    Fax:  213-612-2501
6
    DARYL S. LANDY (136288)
7   dlandy@morganlewis.com
    LINDSEY K. SCHROEDER (245425)
8   lschroeder@morganlewis.com
    MORGAN, LEWIS & BOCKIUS LLP
9   2 Palo Alto Square
    3000 El Camino Real, Suite 700
10  Palo Alto, CA 94306-2212
    Tel:  650-843-4000
11  Fax:  650-843-4001

12  Attorneys for Defendants-Appellees
    Royce Lee Makishima and A.G. Edwards & Sons,
13  Inc.

**RECEIVED**
Harold S. Marcus, Clerk
U. S. BKCY.APP. PANEL
OF THE NINTH CIRCUIT

**AUG 1 8 2008**

FILED_____
DOCKETED 8/18/08   FB
DATE        INITIAL

*E-filing*

**08-1195**

14              UNITED STATES BANKRUPTCY COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16  In re                                  Bk. Case No. [None Assigned][1]

17  ROYCE LEE MAKISHIMA and TERRA          Chapter 7
    ANN MAKISHIMA,
18                                         Adv. Proc. No. 08-03037
                    Debtors.
19                                         **ROYCE LEE MAKISHIMA AND A.G.**
                                           **EDWARDS & SONS, INC.'S COUNTER-**
20  _____    **DESIGNATION OF ADDITIONAL ITEMS**
                                           **TO BE INCLUDED IN THE RECORD ON**
21  GRACE MILES,                           **APPEAL**

                    Plaintiff,             [Appeal from "Order (1) Granting Defendants'
22      v.                                 Motion to Remand and (2) Vacating Hearings"
                                           (Dkt. No. 50)]
23  ROYCE LEE MAKISHIMA, et al.,
                                           [No Hearing Required]
24                  Defendant(s).
25
26  _____
    [1] The main bankruptcy case is pending in the United States Bankruptcy Court for the Eastern District of
27  California, Case No. 07-27982-A-7.  Other than the adversary proceeding number set forth above, no
    bankruptcy case number has been assigned by the United States Bankruptcy Court for the Northern
28  District of California.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20807335.2

1    Appellees Royce Lee Makishima and A. G. Edwards & Sons, Inc. (together, the

2    "Appellees"), pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby

3    submit this Counter-Designation of Items to be Included in the Record on Appeal from the

4    Bankruptcy Court's "Order (1) Granting Defendants' Motion to Remand and (2) Vacating

5    Hearings," entered July 17, 2008.

| Date | Docket # | Document |
|------|----------|----------|
| 04/28/2008 | 1 | Notice of Removal of Action |
| 04/28/2008 | 2 | Notice of Status Conference In A Case Removed To Bankruptcy Court to be held on 7/24/2008 at 10:00 AM at San Francisco Courtroom 23 - Carlson. Filed by Plaintiff Grace Miles. (mw, ) (Entered: 04/28/2008) |
| 04/28/2008 | 3 | Adversary Cover Sheet (RE: related document(s) 1 Complaint filed by Plaintiff Grace Miles). (mw, ) (Entered: 04/28/2008) |
| 04/29/2008 | 4 | Order Regarding Initial Disclosures and Discovery Conference. (mw, ) (Entered: 04/29/2008) |
| 04/30/2008 | 6 | Certificate of Service (RE: related document(s) 1 Complaint). Filed by Plaintiff Grace Miles (ac, ) (Entered: 05/02/2008) |
| 05/01/2008 | 5 | BNC Certificate of Mailing - Electronic Order (RE: related document(s) 4 Discovery Order). Service Date 05/01/2008. (Admin.) (Entered: 05/01/2008) |
| 05/08/2008 | 7 | Statement of Pursuant to Rule 9027(e)(3) *of the Federal Rules of Bankruptcy Procedure*. Filed by Defendants A.G. Edwards & Sons, Inc., Royce Makishima (Schroeder, Lindsey) (Entered: 05/08/2008) |
| 05/08/2008 | 8 | Certificate of Service. Filed by Defendants A.G. Edwards & Sons, Inc., Royce Makishima (Schroeder, Lindsey) (Entered: 05/08/2008) |
| 05/12/2008 | 9 | Certificate of Service (RE: related document(s) 2 Notice of Status Conference). Filed by Plaintiff Grace Miles (ac, ) (Entered: 05/15/2008) |
| 05/12/2008 | 10 | Certificate of Service (RE: related document(s) 4 Discovery Order, 1 Complaint, 2 Notice of Status Conference). Filed by Plaintiff |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20807335.2                    2

Case: 08-03037    Doc #: 73    Filed: 08/13/2008    Page 2 of 9

| | | |
|---|---|---|
| | | Grace Miles (ac, ) (Entered: 05/15/2008) |
| 05/28/2008 | 11 | Motion to Abstain and Remand *Defendants A.G. Edwards &Sons, Inc. and Royce Makishima's Motion to Remand* Filed by Defendants A.G. Edwards & Sons, Inc., Royce Makishima. (Schroeder, Lindsey) (Entered: 05/28/2008) |
| 05/28/2008 | 12 | Notice Regarding *Notice of Hearing on Defendants A.G. Edwards & Sons, Inc. and Royce Makishima's Motion to Remand* Filed by Defendants A.G. Edwards & Sons, Inc., Royce Makishima. (Schroeder, Lindsey) (Entered: 05/28/2008) |
| 05/28/2008 | 13 | Memorandum of Points and Authorities in Support of *Defendants A.G. Edwards & Sons, Inc. and Royce Makishima's Motion to Remand*. Filed by Defendants A.G. Edwards & Sons, Inc., Royce Makishima (Schroeder, Lindsey) (Entered: 05/28/2008) |
| 05/28/2008 | 14 | Declaration of Lindsey K. Schroeder in Support of *Defendants A.G. Edwards & Sons, Inc. and Royce Makishima's Motion to Remand*. Filed by Defendants A.G. Edwards & Sons, Inc., Royce Makishima (Schroeder, Lindsey) (Entered: 05/28/2008) |
| 05/28/2008 | 15 | Declaration of Lindsey K. Schroeder in Support of *Defendants A.G. Edwards & Sons, Inc. and Royce Makishima's Motion to Remand*. Filed by Defendants A.G. Edwards & Sons, Inc., Royce Makishima (Attachments: # 1 Declaration Declaration of Lindsey K. Schroeder In Support of Defendants A.G. Edwards & Sons, Inc. and Royce Makishima's Motion to Remand Part 2# 2 Declaration Declaration of Lindsey K. Schroeder In Support of Defendants A.G. Edwards & Sons, Inc. and Royce Makishima's Motion to Remand Part 3# 3 Declaration Declaration of Lindsey K. Schroeder In Support of Defendants A.G. Edwards & Sons, Inc. and Royce Makishima's Motion to Remand Part 2# 4 Declaration Declaration of Lindsey K. Schroeder In Support of Defendants A.G. Edwards & Sons, Inc. and Royce Makishima's Motion to Remand Part 5# 5 Declaration Declaration of Lindsey K. Schroeder In Support of Defendants A.G. Edwards & Sons, Inc. and Royce Makishima's Motion to Remand Part 6# 6 Declaration Declaration of Lindsey K. Schroeder In Support of Defendants A.G. Edwards & Sons, Inc. and Royce Makishima's Motion to Remand Part 7# 7Declaration Declaration of Lindsey K. Schroeder In Support of Defendants A.G. Edwards & Sons, Inc. and Royce Makishima's Motion to Remand Part 8) (Schroeder, Lindsey) (Entered: 05/28/2008) |
| 05/28/2008 | 16 | Certificate of Service . Filed by Defendants A.G. Edwards & Sons, Inc., Royce Makishima (Schroeder, Lindsey) (Entered: 05/28/2008) |
| 05/29/2008 | 17 | Corrected Certificate of Service *Errata to Certificate of Service Regarding Defendants A.G. Edwards & Sons, Inc. and Royce* |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

| | | |
|---|---|---|
| | | *Makishima's Motion to Remand.* Filed by Defendants A.G. Edwards & Sons, Inc., Royce Makishima (Schroeder, Lindsey) (Entered: 05/29/2008) |
| 05/29/2008 | 18 | Certificate of Service . Filed by Defendants A.G. Edwards & Sons, Inc., Royce Makishima (Schroeder, Lindsey) (Entered: 05/29/2008) |
| 05/29/2008 | 19 | Request To Disqualify Morgan Lewis From Representation Of Client. Filed by Plaintiff Grace Miles (cog, ) (Entered: 06/02/2008) |
| 05/29/2008 | 20 | Request For Stay Of Proceedings. Filed by Plaintiff Grace Miles (cog, ) (Entered: 06/02/2008) |
| 05/29/2008 | 21 | Certificate of Service (RE: related document(s) 20 Document, 19 Document). Filed by Plaintiff Grace Miles (cog, ) (Entered: 06/02/2008) |
| 07/03/2008 | 22 | Ex-Parte Motion To Stay Pending Appeals, Etc. Filed by Plaintiff Grace Miles (RE: related document(s)1 Complaint filed by Plaintiff Grace Miles) . (cog, ) (Entered: 07/08/2008) |
| 07/03/2008 | 23 | Notice Of Related Adversary Proceeding (RE: related document(s) 1 Complaint filed by Plaintiff Grace Miles). Filed by Plaintiff Grace Miles. (cog, ) (Entered: 07/08/2008) |
| 07/08/2008 | 28 | Motion To Withdraw Reference. Filed by Plaintiff Grace Miles (cog, ) (Entered: 07/11/2008) |
| 07/08/2008 | 29 | Plaintiff's Opposition To Defendants' Motion To Remand (RE: related document(s) 11 Motion to Abstain and Remand). Filed by Plaintiff Grace Miles (cog, ) (Entered: 07/11/2008) |
| 07/09/2008 | 24 | Order (RE: related document(s) 22 Motion to Stay Pending Appeal filed by Plaintiff Grace Miles). (mw, ) (Entered: 07/10/2008) |
| 07/09/2008 | 25 | Certificate of Service (RE: related document(s) 23 Notice). Filed by Plaintiff Grace Miles (mw, ) (Entered: 07/10/2008) |
| 07/10/2008 | 26 | Emergency Motion For Stay Pending Appeals, Etc, Declaration In Support Of, & Proposed Order. Filed by Plaintiff Grace Miles (mw, ) ERROR: Court will redocket. Modified on 7/10/2008 (mw, ). (Entered: 07/10/2008) |
| 07/10/2008 | 27 | Emergency Motion For Stay Pending Appeals, Etc, Declaration In Support Of, & Proposed Order. Filed by Plaintiff Grace Miles (mw, ) (Entered: 07/10/2008) |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20807335.2

4

| 07/11/2008 | 30 | Brief/Memorandum in Opposition to *Opposition of Defendants A.G. Edwards & Sons, Inc. and Royce Makishima to Plaintiff's "Emergency Motion for Stay Pending Appeals, Etc.".* Filed by Defendants A.G. Edwards & Sons, Inc., Royce Makishima (Schroeder, Lindsey) (Entered: 07/11/2008) |
| 07/11/2008 | 31 | Declaration of Lindsey K. Schroeder in Support of *Opposition of Defendants A.G. Edwards & Sons, Inc. and Royce Makishima to Plaintiff's "Emergency Motion for Stay Pending Appeals, Etc.".* Filed by Defendants A.G. Edwards & Sons, Inc., Royce Makishima (Schroeder, Lindsey) (Entered: 07/11/2008) |
| 07/11/2008 | 32 | Declaration of Asa S. Hami in Support of *Opposition of Defendants A.G. Edwards & Sons, Inc. and Royce Makishima to Plaintiff's "Emergency Motion for Stay Pending Appeals, Etc.".* Filed by Defendants A.G. Edwards & Sons, Inc., Royce Makishima (Schroeder, Lindsey) (Entered: 07/11/2008) |
| 07/11/2008 | 33 | Certificate of Service. Filed by Defendants A.G. Edwards & Sons, Inc., Royce Makishima (Schroeder, Lindsey) (Entered: 07/11/2008) |
| 07/11/2008 | 34 | Reply to *Reply of Defendants A.G. Edwards & Sons, Inc. and Royce Makishima In Support of Motion to Remand.* Filed by Defendants A.G. Edwards & Sons, Inc., Royce Makishima (Schroeder, Lindsey) (Entered: 07/11/2008) |
| 07/11/2008 | 35 | Certificate of Service. Filed by Defendants A.G. Edwards & Sons, Inc., Royce Makishima (Schroeder, Lindsey) (Entered: 07/11/2008) |
| 07/11/2008 | 36 | Motion for continuance, request for shortening of time and declaration and proposed order. Filed by Plaintiff Grace Miles. (Copy only) (ac, ) (Entered: 07/14/2008) |
| 07/11/2008 | 37 | Certificate of Service (RE: related document(s) 36 Motion Miscellaneous Relief). Filed by Plaintiff Grace Miles (ac, ) (Entered: 07/14/2008) |
| 07/11/2008 | 38 | Corrected emergency Motion for stay pending appeals, etc, affidavit, & proposed order Filed by Plaintiff Grace Miles . (ac, ) (Entered: 07/14/2008) |
| 07/11/2008 | 39 | Request to disqualify Morgan Lewis from representation of client Filed by Plaintiff Grace Miles. (ac, ) (Entered: 07/14/2008) |
| 07/11/2008 | 40 | Notice of Hearing (RE: related document(s) 39 Motion Miscellaneous Relief filed by Plaintiff Grace Miles). Hearing scheduled for 8/29/2008 at 09:30 AM at San Francisco Courtroom |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20807335.2                                    5

Case: 08-03037    Doc #: 73    Filed: 08/13/2008    Page 5 of 9

| | | |
|---|---|---|
| | | 23 - Carlson. Filed by Plaintiff Grace Miles. (ac, ) (Entered: 07/14/2008) |
| 07/11/2008 | 41 | Certificate of Service (RE: related document(s) 38 Motion Miscellaneous Relief, 39 Motion Miscellaneous Relief). Filed by Plaintiff Grace Miles (ac, ) (Entered: 07/14/2008) |
| 07/11/2008 | 42 | Certificate of Service (RE: related document(s) 28 Motion for Withdrawal of Reference). Filed by Plaintiff Grace Miles (ac, ) (Entered: 07/14/2008) |
| 07/11/2008 | 43 | Certificate of Service (RE: related document(s) 27 Motion Miscellaneous Relief. Filed by Plaintiff Grace Miles (ac, ) (Entered: 07/14/2008) |
| 07/15/2008 | 44 | Brief/Memorandum in Opposition to *Opposition of Defendants A.G. Edwards & Sons, Inc. and Royce Makishima to Plaintiff's "Motion for Continuance, Request for Order Shortening Time"*. Filed by Defendants A.G. Edwards & Sons, Inc., Royce Makishima (Schroeder, Lindsey) (Entered: 07/15/2008) |
| 07/15/2008 | 45 | Declaration of Lindsey K. Schroeder in Support of *Opposition of Defendants A.G. Edwards & Sons, Inc. and Royce Makishima to Plaintiff's "Motion for Continuance, Request for Order Shortening Time"*. Filed by Defendants A.G. Edwards & Sons, Inc., Royce Makishima (Schroeder, Lindsey) (Entered: 07/15/2008) |
| 07/15/2008 | 46 | Certificate of Service. Filed by Defendants A.G. Edwards & Sons, Inc., Royce Makishima (Schroeder, Lindsey) (Entered: 07/15/2008) |
| 07/16/2008 | 47 | Emergency request/motion/complaint for restraining and/or injunction order, declaration, proposed order Filed by Plaintiff Grace Miles . (ac, ) (Entered: 07/17/2008) |
| 07/16/2008 | 48 | Certificate of Service (RE: related document(s) 47 Motion Miscellaneous Relief. Filed by Plaintiff Grace Miles (ac, ) (Entered: 07/17/2008) |
| 07/16/2008 | 49 | Memorandum RE: (1) Defendants' motion to remand; (2) Plaintiff's motions to stay, for continuance, and to disqualify (RE: related document(s) 11 Motion to Abstain and Remand filed by Defendant Royce Makishima, Defendant A.G. Edwards & Sons, Inc.). (ac, ) (Entered: 07/17/2008) |
| 07/16/2008 | 50 | Order (1) Granting Defendants' Motion to Remand and (2) Vacating hearings. (Related Doc #11) (ac, ) (Entered: 07/17/2008) |
| 07/17/2008 | 54 | Notice of intent to file a request/motion for leave to file a motion |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20807335.2                                 6

Case: 08-03037    Doc #: 73    Filed: 08/13/2008    Page 6 of 9

| | | |
|---|---|---|
| | | for reconsideration. (RE: related document(s) 50 Order on Motion to Abstain and Remand). Filed by Plaintiff Grace Miles. (ac, ) (Entered: 07/21/2008) |
| 07/18/2008 | 51 | Transmittal Form RE: Order Remanding case back to San Mateo Superior Court. (RE: related document(s) 50 Order on Motion to Abstain and Remand). (ac, ) (Entered: 07/18/2008) |
| 07/19/2008 | 52 | BNC Certificate of Mailing - Electronic Order (RE: related document(s) 49 Memorandum Decision, ). Service Date 07/19/2008. (Admin.) (Entered: 07/19/2008) |
| 07/19/2008 | 53 | BNC Certificate of Mailing - Electronic Order (RE: related document(s) 50 Order on Motion to Abstain and Remand). Service Date 07/19/2008. (Admin.) (Entered: 07/19/2008) |
| 07/21/2008 | 55 | Certificate of Service (RE: related document(s) 54 Notice). Filed by Plaintiff Grace Miles (mw, ) (Entered: 07/23/2008) |
| 07/23/2008 | 56 | Objection To Order And Request To Vacate Reverse. (RE: related document(s)50 Order on Motion to Abstain and Remand). Filed by Plaintiff Grace Miles (mw,) Additional attachment(s) added on 7/24/2008 (mw, ). (Entered: 07/24/2008) |
| 07/23/2008 | 57 | Certificate of Service (RE: related document(s) 56 Objection). Filed by Plaintiff Grace Miles (mw, ) (Entered: 07/24/2008) |
| 07/29/2008 | 58 | Notice of Appeal to BAP, Fee Amount $ 255. (RE: related document(s) 50 Order on Motion to Abstain and Remand). Appellant Designation due by 8/8/2008. Transmission to BAP due by 8/1/2008. Filed by Plaintiff Grace Miles (ac,) NO FEE PROVIDED. (Entered: 07/30/2008) |
| 07/29/2008 | 59 | Request/Motion for Leave to Appeal Filed by Plaintiff Grace Miles. (ac, ) (Entered: 07/30/2008) |
| 07/29/2008 | 60 | Motion for leave to file a motion for reconsideration and proposed order Filed by Plaintiff Grace Miles. (ac, ) (Entered: 07/30/2008) |
| 07/30/2008 | 61 | Notice of Referral of Appeal to Bankruptcy Appellant Panel (RE: related document(s) 58 Notice of Appeal filed by Plaintiff Grace Miles). (ac, ) (Entered: 07/30/2008) |
| 07/30/2008 | 62 | Courts Certificate of Mailing. Number of notices mailed: 3 (RE: related document(s) 58 Notice of Appeal filed by Plaintiff Grace Miles). (ac, ) (Entered: 07/30/2008) |
| 07/30/2008 | 63 | Transmission of Notice of Appeal to BAP (RE: related document(s) 58 Notice of Appeal filed by Plaintiff Grace Miles). |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN JOSE

DB2/20807335.2

7

1

(ac, ) (Entered: 07/30/2008)

2

| 07/31/2008 | 64 | Certificate of Service (RE: related document(s)60 Motion Miscellaneous Relief, 59 Motion for Leave to Appeal). Filed by Plaintiff Grace Miles (ac,) (Entered: 08/04/2008) |

3

4

| 08/04/2008 | 65 | Order Denying Debtor's Motion To Vacate Order And Denying Leave To File Motion For Reconsideration (Related Doc #60) (cog, ) (Entered: 08/06/2008) |

5

6

| 08/04/2008 | 66 | Emergency/Ex Parte Request Motion For Stay Pending Reconsideration And/Or Appeal Filed by Plaintiff Grace Miles (cog, ) (Entered: 08/06/2008) |

7

8

| 08/06/2008 | 67 | Certificate of Service (RE: related document(s) 66 Motion Miscellaneous Relief). Filed by Plaintiff Grace Miles (cog, ) (Entered: 08/07/2008) |

9

10

| 08/08/2008 | 68 | BNC Certificate of Mailing - Electronic Order (RE: related document(s) 65 Order on Motion for Miscellaneous Relief). Service Date 08/08/2008. (Admin.) (Entered: 08/08/2008) |

11

12

13

| 08/08/2008 | 69 | Return from BAP case # NC-08-1195 (RE: related document(s)58 Notice of Appeal). (ac, ) (Entered: 08/12/2008) |

14

15

| 08/11/2008 | 71 | Appellant Designation of Contents For Inclusion in Record On Appeal, Statement of Issues on Appeal, (RE: related document(s) 58 Notice of Appeal filed by Plaintiff Grace Miles). Appellee designation due by 8/21/2008. Filed by Plaintiff Grace Miles (ac, ) (Entered: 08/12/2008) |

16

17

18

| 08/11/2008 | 72 | Certificate of Service (RE: related document(s)71 Appellant Designation Statement of Issues on Appeal). Filed by Plaintiff Grace Miles (ac, ) (Entered: 08/12/2008) |

19

20

| 08/12/2008 | 70 | Order Denying Plaintiff's Emergency/Ex-Parte Request Motion For Stay Pending Reconsideration And/or Appeal. (Related Doc #66) (mw, ) (Entered: 08/12/2008) |

21

22

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20807335.2                                    8

1    Appellees reserve the right to modify, restate, and/or supplement the foregoing

2    counter-designations to the fullest extent permitted by the Bankruptcy Code and Rules.

3

4    Dated: August $\underline{13}$, 2008                                    MORGAN, LEWIS & BOCKIUS LLP

5

6                                                            By

7                                                            Lindsey K. Schroeder
                                                             Attorneys for Defendants-Appellees Royce
8                                                            Lee Makishima and A.G. Edwards & Sons,
                                                             Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20807335.2                                    9

1  RICHARD W. ESTERKIN (70769)
   resterkin@morganlewis.com
2  ASA S. HAMI (210728)
   ahami@morganlewis.com
3  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
4  Twenty-Second Floor
   Los Angeles, CA 90071-3132
5  Tel: 213-612-2500
   Fax: 213-612-2501
6
7  DARYL S. LANDY (136288)
   dlandy@morganlewis.com
8  LINDSEY K. SCHROEDER (245425)
   lschroeder@morganlewis.com
   MORGAN, LEWIS & BOCKIUS LLP
9  2 Palo Alto Square
   3000 El Camino Real, Suite 700
10 Palo Alto, CA 94306-2212
   Tel: 650-843-4000
11 Fax: 650-843-4001

12 Attorneys for Defendants-Appellees
   Royce Lee Makishima and A.G. Edwards & Sons,
13 Inc.

14            UNITED STATES BANKRUPTCY COURT

15           NORTHERN DISTRICT OF CALIFORNIA

16 In re                                 Bk. Case No. [None Assigned][1]

17 ROYCE LEE MAKISHIMA and TERRA        Chapter 7
   ANN MAKISHIMA,
18                                       Adv. Proc. No. 08-03037
                  Debtors.
19                                       **ROYCE LEE MAKISHIMA AND A.G.**
                                         **EDWARDS & SONS, INC.'S STATEMENT**
20                                       **OF ELECTION TO HAVE APPEAL**
   GRACE MILES,                          **HEARD BY THE DISTRICT COURT**
21
                  Plaintiff,            [Appeal from "Order (1) Granting Defendants'
22        v.                            Motion to Remand and (2) Vacating Hearings"
                                        (Dkt. No. 50)]
23 ROYCE LEE MAKISHIMA, et al.,
                                        [No Hearing Required]
24
                  Defendant(s).
25

26 _____
   [1] The main bankruptcy case is pending in the United States Bankruptcy Court for the Eastern District of
27 California, Case No. 07-27982-A-7.  Other than the adversary proceeding number set forth above, no
   bankruptcy case number has been assigned by the United States Bankruptcy Court for the Northern
28 District of California.

MORGAN, LEWIS &
 BOCKIUS LLP
ATTORNEYS AT LAW
  PALO ALTO
                                        ROYCE LEE MAKISHIMA AND A.G. EDWARDS
DB2/20801476.1                          & SONS, INC.'S STATEMENT OF ELECTION
                                        (ADV. NO. 08-3037)

RECEIVED
Harold S. Marenus, Clerk
U.S. BKCY APP PANEL
OF THE NINTH CIRCUIT

AUG 1 8 2008

FILED  8/18/08
DOCKETED 8/20/08   FB
DATE          INITIAL

E-filing

C 08   4091

JSW

10

1      Pursuant to 28 U.S.C. § 158(c)(1)(B), appellees Royce Lee Makishima and A.G. Edwards

2  & Sons, Inc. hereby elect that the appeal of this Court's "Order (1) Granting Defendants' Motion

3  to Remand and (2) Vacating Hearings" (Dkt. No. 50), commenced by appellant Grace Miles, be

4  heard by the United States District Court.

5

6  Dated: August 13, 2008                  MORGAN, LEWIS & BOCKIUS LLP

7

8                                By

9                                 Lindsey Schroeder

10                                Attorneys for Defendants-Appellees
                                  Royce Lee Makishima and A.G. Edwards
                                  & Sons, Inc.

1    RICHARD W. ESTERKIN (70769)
     resterkin@morganlewis.com
2    ASA S. HAMI (210728)
     ahami@morganlewis.com
3    MORGAN, LEWIS & BOCKIUS LLP
     300 South Grand Avenue
4    Twenty-Second Floor
     Los Angeles, CA 90071-3132
5    Tel: 213-612-2500
     Fax: 213-612-2501
6
     DARYL S. LANDY (136288)
7    dlandy@morganlewis.com
     LINDSEY K. SCHROEDER (245425)
8    lschroeder@morganlewis.com
     MORGAN, LEWIS & BOCKIUS LLP
9    2 Palo Alto Square
     3000 El Camino Real, Suite 700
10   Palo Alto, CA 94306-2212
     Tel: 650-843-4000
11   Fax: 650-843-4001

12   Attorneys for Defendants
     Royce Lee Makishima and A.G. Edwards & Sons,
13   Inc.

14                    UNITED STATES BANKRUPTCY COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16   In re                                      Bk. Case No. [None Assigned][1]

17   ROYCE LEE MAKISHIMA and TERRA              Chapter 7
     ANN MAKISHIMA,
18                                              Adv. Proc. No. 08-03037
                    Debtors.
19                                              **CERTIFICATE OF SERVICE**

20
     GRACE MILES,
21
                    Plaintiff,
22          v.

23   ROYCE LEE MAKISHIMA, et al.,

24
                    Defendant(s).
25

26
27   [1]  The main bankruptcy case is pending in the United States Bankruptcy Court for the Eastern District of
          California, Case No. 07-27982-A-7. Other than the adversary proceeding number set forth above, no
          bankruptcy case number has been assigned by the United States Bankruptcy Court for the Northern
28        District of California.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO      DB2/20761459.1                                    CERTIFICATE OF SERVICE
                                                                ADV. PROC. NO.: 08-03037

1

## CERTIFICATE OF SERVICE

2

3   I am a resident of the State of California and over the age of eighteen years and not a party
to the within-entitled action; my business address is 2 Palo Alto Square, 3000 El Camino Real,
Suite 700, Palo Alto, California, 94306.  On August 13, 2008, I served the within document(s):

4

5   **ROYCE LEE MAKISHIMA AND A.G. EDWARDS & SONS, INC.'S
COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED
IN THE RECORD ON APPEAL;**

6

7   **ROYCE LEE MAKISHIMA AND A.G. EDWARDS & SONS, INC.'S
STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY THE
DISTRICT COURT; and**

8

9   **CERTIFICATE OF SERVICE.**

10   ☒      by placing the document(s) listed above in a sealed envelope with postage thereon
fully prepaid, in the United States mail at Palo Alto, California addressed as set
11      forth below.

12                                                         In Pro Per
Grace Miles
13   21 Willow Road, Apt. 22
Menlo Park, California 94025
14

15   I am readily familiar with the firm's practice of collection and processing correspondence
for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same
16   day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on
motion of the party served, service is presumed invalid if postal cancellation date or postage
17   meter date is more than one day after date of deposit for mailing in affidavit.

18   I declare under penalty of perjury, under the laws of the State of California, that the above
is true and correct.  Executed on August 13, 2008, at Palo Alto, California.
19

20

21                                                         Gina M. Johnson

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20807887.1                          2                  CERTIFICATE OF SERVICE
ADV. PROC. NO.: 08-03037