UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

AUG 2 7 3

RICHARD W. WIEKING
CLERK, U.S. D'
  ＊＊＊ DIST＊

Grace Miles                                  No. C- **08-04091**  **JSW**

      Appellant,

v.

ROYCE MAKISHIMA,

      Appellee.
_____/

RE:

Bankruptcy Case: 07-27982

Adversary No.: 08-03037

BAP No.:       NC-08-1195

Appellant:

The appeal has been assigned the following case number, C- **08-04091** before the Honorable Jeffrey S. White.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing.

Pursuant to Fed. R. Bankr. P. 8010 and B.L.R. 8010-1, the appellant must serve and file a brief not exceeding 25 pages in length 30 days after the record on appeal has been entered on the District Court docket.

The appellee must serve and file a brief not exceeding 25 pages in length 20 days after service of appellant's brief. If the appellee has filed a cross-appeal, the brief of appellee must contain the issues and argument pertinent to the cross-appeal, denominated as such.

The appellant must serve and file a reply brief not exceeding 15 pages in length 10 days after service of appellee's brief. If the appellee has filed a cross-appeal, the appellant must include its opposition in its reply brief .

The appellee may serve and file a reply to the opposition to any cross appeal not exceeding 15 pages in length 10 days after service of appellant's brief.

Pursuant to B.L.R. 8010-1, upon completion of the briefing, the assigned District Judge will set a date for oral argument, if needed; otherwise, the matter will be deemed submitted for decision.

Dated: Aug 28, 2008

                        For the Court
                        Richard W. Wieking, Clerk

                        By: Deputy Clerk

cc: USBC
    Counsel of Record