# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

Gloria L. Franklin  
Clerk of Court

San Francisco Bankruptcy Court  
235 Pine St.  
P.O. Box 7341  
San Francisco, CA 94120-7341

(415) 268-2300

**FILED**  
AUG 2 9 2008  
UNITED STATES BANKRUPTCY COURT  
SAN FRANCISCO, CA

**FILED**  
SEP 2 2008  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking, Clerk  
United States District Court  
450 Golden Gate Avenue  
San Francisco, CA 94102-3489

Re: *Grace Miles, plaintiff*  
       v  
   *Royce Makishima*  
   A.G. Edwards & Sons, Inc.  
   Terra Ann Makishima,  
         defendants

Adversary Case # 08-3037 TC  
BAP # NC 08-1195  
District Court # TBA

*C 08-4091 JSW*

Dear Mr. Wieking:

[X] Enclosed please find the Certificate of record for an appeal that has been transferred to the District Court.

Notice of transfer of appeal to District Court dated 8/20/08 included.

Please acknowledge receipt of this appeal by stamping the district court case number on a copy of this letter and return it to *United States Bankruptcy Court, San Francisco Division*

                             Gloria L. Franklin, Clerk  
                             United States Bankruptcy Court

                             **ANNA CHO-WONG**

Dated: August 29, 2008             By: _____  
                                Deputy Clerk, Anna Cho-Wong

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 2 9 2008
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

C08-4091 JSW FILED
SEP 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  Grace Miles, plaintiff

v

Royce Makishima
A.G. Edwards & Sons, Inc.
Terra Ann Makishima,
      defendants

Adversary case # 08-3037 TC

BAP # NC-08-1195

District # TBA

Notice of transfer of appeal to District Court dated 8/20/08

**CERTIFICATE OF RECORD**

The undersigned Deputy Clerk of the U. S. Bankruptcy Court, San Francisco Division, hereby certifies that the record on appeal in complete and ready for transmission. The Designation of Record and Statement of Issues have been filed and copies are provided with this certificate. The status of the transcripts are as follows:

[ ] All transcript(s) requested by either the Appellant or Appellee have been filed with this court and a copy is attached.

[X] No transcripts were requested by either the Appellant or Appellee.

Dated:  AUG 2 9 2008

Gloria L. Franklin, Clerk
United States Bankruptcy Court

By:   **ANNA CHO-WONG**

_____
Deputy Clerk,  Anna Cho-Wong