**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GRACE MILES,                                    No. C-08-4091 MMC

        Appellant,                          **ORDER DENYING APPELLANT'S EX-
                                                PARTE MOTION FOR STAY; GRANTING
  v.                                          EXTENSION OF TIME TO FILE BRIEF**

ROYCE MAKISHIMA, et al.,

        Apellees.
_____/

      Before the Court is appellant Grace Miles's ("Miles") "Ex-Parte Motion for Stay to
Obtain Counsel, etc and Declaration," filed October 3, 2008.  Having read and considered
the papers filed in support of the motion, the Court finds the motion appropriate for decision
on the papers, DENIES Miles's request for a hearing on said motion, and finds good cause
has been shown for a limited extension of the deadline for Miles to file her opening brief,
specifically, from November 6, 2008 to December 5, 2008.

      Accordingly, Miles shall serve and file her opening brief no later than December 5,
2008.  Defendants shall serve and file their brief no later than twenty days after service of
Miles's brief.  Miles shall serve and file her reply brief no later than ten days after service of
defendants' brief.

      In all other respects, the motion is hereby DENIED.

      **IT IS SO ORDERED.**

Dated:  October 22, 2008

                                    MAXINE M. CHESNEY
                                    United States District Judge