United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   GRACE MILES,                          No. C-08-4091 MMC

12              Appellant,                 **ORDER DENYING APPELLANT'S
                                           MOTION FOR LEAVE TO FILE MOTION**
13       v.                                **FOR RECONSIDERATION; DENYING
                                           APPELLANT'S OBJECTION, REQUEST**
14   ROYCE MAKISHIMA, et al.,              **FOR LEAVE TO AMEND CORRECTED
                                           REQUEST FOR DIRECT APPEAL**
15              Appellees.                 **CERTIFICATION AND FOR HEARING**
     _____/
16

17        Before the Court are appellant Grace Miles's ("Miles") "Motion for Leave to File a

18   Motion for Reconsideration," filed November 5, 2008, and Miles's "Objection, Request for

19   Leave to Amend Corrected Request for Direct Appeal Certification and for Hearing," filed

20   November 7, 2008.  The Court construes both filings as requests for leave to file a motion

21   for reconsideration of the Court's Order Denying Appellant's Corrected Request for Direct

22   Appeal Certification, filed October 22, 2008.

23        So construed, the requests are hereby DENIED, for the reason that each request

24   fails to comply with Civil Local Rule 7-9.

25        **IT IS SO ORDERED.**

26   Dated:  November 14, 2008

27                                         _____
                                           MAXINE M. CHESNEY
                                           United States District Judge
28