IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GRACE MILES,

    Appellant,

  v.

ROYCE LEE MAKISHIMA, et al.,

    Appellees.

No. C-08-4091 MMC

**ORDER DISCHARGING ORDER TO SHOW CAUSE; SETTING BRIEFING SCHEDULE; DIRECTIONS TO MILES**

    On February 27, 2009, the Court ordered appellant Grace Miles ("Miles") to show cause why the above-titled action should not be dismissed for failure to prosecute, as Miles failed to file her opening brief by the February 20, 2009 deadline for such filing. (See Order filed Feb. 27, 2009 ("OSC") at 2.) On March 13, 2009 and March 16, 2009, respectively, Miles filed a response and an amended response to the Court's OSC.

    Having read and considered Miles's response and amended response, the Court finds Miles has failed to adequately explain her failure to timely file her opening brief. In particular, Miles was expressly advised in the OSC that her filing of a bankruptcy petition would <u>not</u> stay the above-titled action. (See OSC at 2:11-16.) Further, even assuming, <u>arguendo</u>, Miles received information contrary to the OSC from a deputy clerk, Miles was not entitled to rely on such information.[1] Nevertheless, the Court will afford Miles one final

---

[1] Miles is hereby ADVISED that the Clerk's Office does not give legal advice and to the extent any party purports to rely on information obtained from said Office, such information does not constitute a legal excuse for any action taken or not taken in mistaken reliance thereon.

extension to file her opening brief.  Accordingly, the Court's OSC is hereby DISCHARGED, and the following briefing schedule is hereby SET:

    Miles shall serve and file her opening brief no later than April 24, 2009.  Appellees shall serve and file their brief no later than twenty days after service of Miles's brief.  Miles shall serve and file her reply brief no later than ten days after service of appellees' brief.

    If Miles fails to file her opening brief by the above-referenced deadline, the action will be dismissed for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: March 24, 2009

_____
MAXINE M. CHESNEY
United States District Judge