**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   GRACE MILES,                                              No. C-08-4091 MMC

12              Appellant,                            **ORDER GRANTING APPELLANT'S
                                                         REQUEST TO CONTINUE HEARING**
13      v.

14   ROYCE LEE MAKISHIMA, et al.,

15              Appellees.
                                                    /
16

17          Before the Court is appellant Grace Miles's ("Miles") "Request to Continue

18   Appellees' Hearing," filed April 2, 2009, by which Miles seeks a continuance of the April 24,

19   2009 hearing on appellees' Motion for Order Declaring Grace Miles a Vexatious Litigant.

20   No opposition has been filed.  Having read and considered the papers filed in support of

21   the request, the Court finds good cause for the relief sought therein.  In particular, the Court

22   finds it appropriate to continue the hearing to a date after the April 24, 2009 deadline for

23   Miles to file her opening brief in the above-titled action.

24          Accordingly, the request is hereby GRANTED, and the hearing on appellees' motion

25   is hereby CONTINUED to June 5, 2009.

26          **IT IS SO ORDERED.**

27   Dated:  April 8, 2009



     MAXINE M. CHESNEY
28   United States District Judge