IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GRACE MILES,

    Appellant,

  v.

ROYCE LEE MAKISHIMA, et al.,

    Appellees.
                                   /

No. C-08-4091 MMC

**ORDER GRANTING APPELLANT'S REQUEST FOR EXTENSION OF TIME; CONTINUING HEARING ON APPELLEES' MOTION**

      Before the Court is appellant Grace Miles's ("Miles") request, filed April 24, 2009, for a 10-day extension of the deadline for the filing of her opening brief in the above-titled action. Although the Court, by order filed March 24, 2009, informed Miles that no further extensions would be granted (see Order filed Mar. 24, 2009 at 2), in light of appellees' request that, in this instance, the relief sought by Miles be granted (see Response at 2:12), the Court will afford Miles a further 10-day extension.

      Accordingly, Miles's request is hereby GRANTED, and Miles shall serve and file her opening brief no later than May 15, 2009. The Court declines appellees' request to hear appellees' Motion for Order Declaring Grace Miles a Vexatious Litigant prior to the resolution of the merits of the action. Accordingly, the hearing on appellees' motion is hereby CONTINUED to August 14, 2009.

      **IT IS SO ORDERED.**

Dated: May 1, 2009

                                                    MAXINE M. CHESNEY
                                                    United States District Judge