United States District Court

For the Northern District of California

1

2

3

4

5

6

7                      IN THE UNITED STATES DISTRICT COURT

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   GRACE MILES,                              No. C-08-4091 MMC

11            Appellant,                       **ORDER VACATING AUGUST 14, 2009**
                                               **HEARING**
12        v.

13   ROYCE LEE MAKISHIMA, et al.,

14            Appellees.
                                        /
15

16        Before the Court is appellees' Royce Lee Makishima and A.G. Edwards & Sons,

17   Inc.'s Motion for Order "(I) Declaring Grace Miles a Vexatious Litigant; and (II) Prohibiting

18   Grace Miles from Filing Identified Actions, Motions and Other Pleadings Without, Prior to

19   Each Such Filing: (A) Posting a Bond in the Amount of $5,000; and (B) Obtaining Leave of

20   this Court," filed March 12, 2009.  The Court deems the matter appropriate for decision

21   without a hearing.  Accordingly, the hearing scheduled for August 14, 2009 is hereby

22   VACATED.

23        **IT IS SO ORDERED.**

24

25   Dated:  August 12, 2009

26                                              MAXINE M. CHESNEY
                                                United States District Judge
27

28